United States District Court
Southern District of Texas
**ENTERED**
November 16, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

ELZAAN CHILDRESS,

Plaintiff,

*versus*

U.S. CITIZENSHIP AND IMMIGRATION SERVICES,

JOSEPH B. EDLOW, in his official capacity as Director of U.S. Citizenship and Immigration Services,

RICKY HAMILTON, in his official capacity as USCIS Houston Field Office Director,

DEPARTMENT OF HOMELAND SECURITY,

and

MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security,

Defendants.

CIVIL ACTION NUMBER:

4:26-cv-06736

**ORDER ON JOINT MOTION TO REMAND TO U.S. CITIZENSHIP AND IMMIGRATION SERVICES**

The Court has considered the Joint Motion to Remand to U.S. Citizenship and Immigration Services. The Court finds that the motion should be GRANTED.

IT IS THEREFORE ORDERED that:

1. This matter is REMANDED to U.S. Citizenship and Immigration Services ("USCIS") pursuant to 8 U.S.C. § 1447(b) for the limited purpose of completing Plaintiff's naturalization process.

2. USCIS shall administer Plaintiff's oath of allegiance and issue Plaintiff's Certificate of Naturalization on or before December 31, 2026.

3. USCIS shall provide Plaintiff's counsel written notice of the scheduled oath ceremony date within 30 days of the date of this Order.

4. If USCIS does not administer the oath of allegiance by December 31, 2026, Plaintiff may move to reopen this action and seek further appropriate relief, and Defendants shall not oppose reopening on that basis.

SIGNED at Houston, Texas, on November 16, 2026.

UNITED STATES DISTRICT JUDGE